**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3017

_____

| | |
|---|---|
| Robert H. Rounds, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Sandy Baker; Sharon Lamb; Chrys | * Southern District of Iowa. |
| Harvey; Nan Horvat; Larry Penland, | * |
| | * **[UNPUBLISHED]** |
| Appellees. | * |

_____

Submitted: April 6, 1998
Filed: April 15, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

In May 1997, Robert Rounds filed a complaint under 42 U.S.C. § 1983 alleging that he suffered an unconstitutional search and seizure on March 8, 1995. The district court[1] dismissed his claim under 28 U.S.C. § 1915(e) because it was barred by the two-year statute of limitations. See Wycoff v. Menke, 773 F.2d 983, 987 (8th Cir.1985), cert. denied, 475 U.S. 1028 (1986); Iowa Code Ann. § 614.1(2) (West Supp. 1997).

_____

[1]The HONORABLE CHARLES R. WOLLE, Chief Judge, United States District Court for the Southern District of Iowa.

After careful review of the record, we affirm for the reasons stated by the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.